BUCHALTER
A Professional Corporation
ANDREW H. SELESNICK (SBN: 160516)
Email: aselesnick@buchalter.com
PHILIP A. SCARBOROUGH (SBN: 254934)
Email: pscarborough@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

Attorneys for Defendants
Sterling Hospitalist Medical Group, Inc. and
Titanium Healthcare, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. MAHNAZ RAHBAR, M.D.,

Plaintiffs,

vs.

STERLING HOSPITALIST MEDICAL GROUP, INC.; TITANIUM HEALTHCARE, INC.; and DOES 1-20,

Defendants.

Case No. 2:22-CV-03520-MRA-PD

**NOTICE OF MOTION AND MOTION TO DISMISS**

Date: September 19, 2024
Time: 1:30 p.m.
Judge: Hon. Mónica Ramírez Almadani

PLEASE TAKE NOTICE that, on September 19, 2024, at 1:30 p.m., or as sooner thereafter as the matter may be heard, before the Honorable Mónica Ramírez Almadani, United States District Judge, in Courtroom 10B of the United States Courthouse, 350 West First Street, Los Angeles, California, defendants Sterling Hospitalist Medical Group, Inc. ("Sterling") and Titanium Healthcare, Inc. ("Titanium") will move for an order dismissing the Second Amended Complaint ("SAC") (Dkt. 30) in its entirety. The claims asserted in the SAC fail to meet the particularity requirements of Federal Rule of Civil Procedure 9(b) and fail to state a claim under Federal Rule of Civil Procedure 12(b)(6). This motion is based upon this notice of motion and motion, the accompanying memorandum of points and

authorities, the entire record of the action, and any argument or evidence that the Court may receive.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 14, 2024.

DATED: May 21, 2024

BUCHALTER
A Professional Corporation

By: /s/Andrew H. Selesnick
ANDREW H. SELESNICK

Attorneys for Defendants